IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PHILLIP ADAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-649-C |
| | ) | |
| WARDEN BEAR, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner filed the present action pursuant to 28 U.S.C. § 2241. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bernard M. Jones, who entered a Report and Recommendation ("R&R") on July 28, 2017, recommending the Petition be denied. Petitioner has timely objected.

The substantive facts and law are accurately set out in Judge Jones' R&R and there is no purpose to be served in repeating them yet again. As Judge Jones noted, Petitioner seeks relief that the Court lacks authority to grant, fails to state a cognizable claim and/or seeks relief that is outside the scope of § 2241. In his Objection, Petitioner primarily complains of the failure to provide him a hearing, but does not address the legal or factual underpinnings of Judge Jones' R&R, which demonstrate he has no cognizable claims. Accordingly, habeas relief is not warranted.

As set forth more fully herein, the Court adopts, in full, the Report and Recommendation of the Magistrate Judge (Dkt. No. 8). This matter is DISMISSED without prejudice. A separate judgment will issue.

IT IS SO ORDERED this 28th day of August, 2017.

ROBIN J. CAUTHRON
United States District Judge